People of the State of Illinois, Appellee, v. Donald Hansen, Appellant.

Gen. No. 54,195. 

First District, First Division.

October 13, 1970.

 Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**